NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
30280
28-OCT-2010
10:04 AM

NO. 30280

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee
v.
BLANCHE B. DELA CRUZ, Defendant-Appellant


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
EWA DIVISION
(CASE NO. 1DTC-09-010048)


ORDER OF CORRECTION
(By: Ginoza, J., for the court[1])

In the above-entitled appeal, the Summary Disposition Order of the court entered on October 27, 2010, is hereby corrected as follows: in the caption on page 1, the Court should be corrected from "CIRCUIT COURT OF THE FIRST CIRCUIT" to "DISTRICT COURT OF THE FIRST CIRCUIT".

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawai'i, October 28, 2010.

FOR THE COURT:

Associate Judge

---

[1] Fujise, Presiding Judge, Reifurth and Ginoza, JJ.